UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 25-43515 |
| CHASITY NICOLE HEATH ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | October 30, 2025  10:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. Schedule A/B does not list any bank accounts, but pay advices provided to the Trustee show direct deposits into 3 bank accounts (1 savings, 2 checking). The Trustee received a bank statement for the checking account ending in 8358 that shows $633.28 was in the account on the filing date. The Trustee requests a copy of the bank statements for the checking account ending in 5940 and the savings account ending in 2012 that show balances in the account on the filing date. Schedule A/B should be amended to disclose the accounts, and the amounts in the bank accounts on the filing date.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: October 21, 2025

OBJCONFAF--JMP

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on October 21, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on October 21, 2025.

CHASITY NICOLE HEATH
26101 DEER LAKE ESTATES
WARRENTON, MO  63383

                                                  /s/ Jennifer M. Pontus
                                                  Jennifer M. Pontus MO65660